IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02222-WYD-CBS

DELFINA SANCHEZ,

    Plaintiff,

v.

SCHRADER OIL CO.,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice (filed November 26, 2008). The Stipulation seeks a dismissal of the case with prejudice as the mater has been fully resolved. After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed. Accordingly, it is

ORDERED that the Stipulation for Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys fees and costs.

    Dated: November 26, 2008

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge